BEFORE: STEVEN L. TISCIONE                                          DATE: 7/19/24
UNITED STATES MAGISTRATE JUDGE                                      TIME: 2:30 PM

# CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET No. 20-CR-577**

**DEFENDANT: CESAR HUMBERTO LOPEZ-LARIOS**                          DEF. # 10
☒ Present   ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: **Jeffrey Pittell**
☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.**: **John Durham**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER / PRETRIAL: Marnie Gerardino

COURT REPORTER / FTR LOG: 3:09 PM – 3:19 PM     MAGISTRATE DEPUTY: MJG

☒   Case called   ☒   Counsel for all sides present

☒   Arraignment on the Indictment

☒   Defendant enters a plea of Not Guilty to all counts of indictment

☒   Waiver of Speedy Trial executed; time excluded from, July 19, 2024 through September 11, 2024

☐   Order Setting Conditions of Release and Bond continued.

☒   Permanent Order of Detention entered with leave to re-open.

☐   Temporary Order of Detention entered.

  ☐   Detention Hearing scheduled for:

☐   Bail Hearing held.  Disposition:

☒   Next Court appearance scheduled for September 11, 2024 at 12:30 PM before Judge Azrack in person.

Defendant ☐ Remains on Bond;   ☒ Remains in Custody.

OTHER: Court informed Defendant of his rights.  Defendant waived a public reading of the Indictment.  No bail package presented.  Defendant remains in custody.  Defendant waived notification to Consulate of El Salvador regarding arrest and Indictment.