BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 11/13/2024  
TIME: 12:00 PM (20 Mins.)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED CLERK**  
11/13/2024 3:14 pm  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE

**DOCKET NO. 20-cr-00577 (JMA)**

**DEFENDANT: Cesar Lopez-Larios     DEF. #: 10**  
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail  
**DEFENSE COUNSEL: Jeffrey Pittell**  
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA: Justina Geraci**

INTERPRETER: Guadalupe Alvarez (Spanish)

PRETRIAL:

COURT REPORTER: Marie Foley     COURTROOM DEPUTY: LMP

- ☒ Case Called.   ☒ Counsel present for all sides.
- ☐ All parties consent to today's conference proceeding by telephone.
- ☐ Initial Appearance and Arraignment held.
- ☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
- ☒ Waiver of speedy trial time entered; from 11/13/2024 through 1/15/2025.
- ☐ Order setting conditions of release and bond entered.
- ☐ Permanent order of detention entered.
- ☐ Temporary order of detention entered.
    - ☐ Detention hearing scheduled for ___.
- ☐ Bail hearing held. Disposition:
- ☒ A further status conference is scheduled for 1/15/2025 at 1:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant   ☐ Remains on Bond   ☒ Remains in Custody.

OTHER: Government to report to the Court by 11/20/2024 on the issues of confinement defense counsel has raised.