CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 02/12)

| # | Field | Value |
|---|---|---|
| 1. | CIR./DIST./ DIV. CODE | |
| 2. | PERSON REPRESENTED | Cesar Humberto Lopez-Larios |
| | VOUCHER NUMBER | |
| 3. | MAG. DKT./DEF. NUMBER | |
| 4. | DIST. DKT./DEF. NUMBER | 20-cr-577 |
| 5. | APPEALS DKT./DEF. NUMBER | |
| 6. | OTHER DKT. NUMBER | |
| 7. | IN CASE/MATTER OF (Case Name) | USA v. Henriquez et al |
| 8. | TYPE PERSON REPRESENTED | ☑ Adult Defendant |
| 9. | REPRESENTATION TYPE | ☑ D2 Federal Capital Prosecution |

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. 956(a)(1), 1114(1), 1182(a)(3)(B), 2332(b), 2332b, 2339C, 3551; 21 U.S.C. 960a; 22 USC 2656(d)(2)

**11. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Jeffrey Pittell
Maher & Pittell, LLP
42-40 Bell Blvd, Ste 302
Bayside, NY 11361

Telephone Number: (516) 829-2299

**12. COURT ORDER:**
☑ O Appointing Counsel

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she is (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

/s/ Steven Tiscione
Signature of Presiding Judge or By Order of the Court

Date of Order: 4/1/2025
Nunc Pro Tunc Date: 7/17/2024

---

**CLAIM FOR SERVICES AND EXPENSES**

**14. STAGE OF PROCEEDING**

**15. CATEGORIES** (Attach itemization of services with dates)

| Category | Hours Claimed | Total Amount Claimed |
|---|---|---|
| a. In-Court Hearings | | 0.00 |
| b. Interviews and Conferences with Client | | |
| c. Witness Interviews | | |
| d. Consultation with Investigators & Experts | | |
| e. Obtaining & Reviewing the Court Record | | |
| f. Obtaining & Reviewing Documents and Evidence | | |
| g. Consulting with Expert Counsel | | |
| h. Legal Research and Writing | | |
| i. Travel | | |
| j. Other | | |
| TOTALS: Categories b thru j | | 0.00 |

IN COURT TOTAL Category a: 0.00
OUT OF COURT TOTAL Categories b-j: 0.00

**16. Travel Expenses**
**17. Other Expenses**
**GRAND TOTALS (CLAIMED AND ADJUSTED):** 0.00 / 0.00

**18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE** FROM: TO:
**19. APPOINTMENT TERMINATION DATE**
**20. CASE DISPOSITION**

**21. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment

Signature of Attorney: *Steven Tiscione*   Date: 4/1/2025

**APPROVED FOR PAYMENT — COURT USE ONLY**

26. TOTAL AMT. APPROVED: $0.00